**EXHIBIT A**

LOT 4, IN BLOCK QQ, OF GRAHAWK PHASES VI AND VII, AN ADDITION TO THE CITY OF FRISCO, DENTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET U, SLIDE 793, PLAT RECORDS, DENTON COUNTY, TEXAS