# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SHELIA HERRIN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11cv254 |
| | § | (Judge Mazzant) |
| JPMORGAN BANK, N.A. | § | |
| CHASE HOME FINANCE, LLC | § | |

## FINAL JUDGMENT

Pursuant to the Order entered on this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that all of Plaintiff's claims are hereby **DISMISSED** with prejudice.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**
**SIGNED** this 13th day of September, 2012.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE